MARY OLIVA v. NEW YORK LIFE INSURANCE COMPANY. — Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of THOMAS F. WALSH, JR., against HARRY W. MARSH et al., Constituting the Municipal Civil Service Commission of the City of New York, et al.— Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

In the Matter of the Accounting of HENRY V. D. BLACK et al., as Executors of JOHN BLACK, Deceased. WILLIAM H. HALL et al., as Trustees; Bankers Trust Company, as Trustee, et al. Present — Martin, P. J., Townley, Cohn and Callahan, JJ.

In the Matter of READER MAIL, INC., against SOL FISHKO, as President of Paper Workers & Distributing Trades Union, Local 447 of International Printing Pressmen and Assistants' Union of North America, A. F. of L. — Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

WILLIAM M. MOORE CONSTRUCTION CO., INC., v. UNITED STATES FIDELITY AND GUARANTEE COMPANY. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

SANTY MASSINI v. ROBERT BOASBERG and NATIONAL SURETY CORPORATION. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

HERBERT F. RITTER et al., v. WILLIAM D. CARMICHAEL, JR., et al. — Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

CRETE MILLS v. FRED COLIN, Impleaded with Others. — Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

SANTY MASSINI v. ROBERT BOASBERG and NATIONAL SURETY CORPORATION. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

STERLING NATIONAL BANK & TRUST COMPANY OF NEW YORK, as Trustee, v. 1231 PARK AVE. HOLDING CO., INC., et al., Impleaded with JOSHUA MORRISON et al. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. LEON D. KAUFMAN. — Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

## (October 19, 1943.)

In the Matter of THOMAS A. AURELIO (Also Known as THOMAS ANTHONY AURELIO), an Attorney. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Untermyer, J., taking no part.